IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00203-MJW

ICLICK, INC., *a Washington corporation*,

Plaintiff,

v.

ICLICK INTERACTIVE ASIA LIMITED, *a foreign corporation*,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Joint and Stipulated Motion for Entry of Protective Order and ESI Protocol (docket no. 31) is GRANTED finding good cause shown.  The written Protective Order (docket no. 31-1) is APPROVED and made an Order of Court.  The written Stipulation and Order [re: ESI Protocol] (docket no. 31-2) is APPROVED and made an Order of Court.

Date: October 6, 2015